**Yakov ELMAKISS, Plaintiff–Appellant**

v.

**Ruth Marie ELMAKISS, Elabell Holmes, Karen Hughes, Mitchell Collins, Judge Randall Rogers, State of Texas, and Bullard Independent School District, Defendants–Appellees.**

No. 08–40227
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2008.

Yakov Elmakiss, Wharton, TX, pro se.

Deborah Johnson Race, Ireland, Carroll & Kelley, Paul Howard Gilliam, Ramey & Flock, Robert Scott Davis, Flowers Davis, Virgil Jay Youngblood, Henslee Schwartz LLP, Tyler, TX, Scot MacDonald Graydon, Office of the Attorney General Tort Litigation, Austin, TX, for Defendants–Appellees.

Mitchell Collins, Collins Law Firm, Tyler, TX, pro se.

Before KING, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

For the reasons stated in the district court and magistrate judge's well-reasoned

opinions and orders, we affirm the judgement of the district court dismissing the plaintiff's claims with prejudice.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.